# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLASSWALL, LLC, a Florida Corporation, )<br>)<br>Plaintiff, )<br>v. )<br>) <br>ACG FLAT GLASS NORTH AMERICA, )<br>INC. d/b/a/ AGC GLASS COMPANY )<br>NORTH AMERICA, a Foreign Corporation, )<br>and POMA GLASS & SPECIALTY )<br>WINDOWS, INC., a Foreign Corporation )<br>registered to do business in Florida, )<br>)<br>Defendants. )<br>)<br>) | M.A. No.<br><br>(Pending in the U.S. District Court for the Eastern District of Tennessee (Knoxville) – Case No. 3:17-CV-332-HSM-DCP) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE THEIR MOTION TO ENFORCE THEIR SUBPOENA *DUCES TECUM* ISSUED TO MD HOLDING, LLC UNDER SEAL**

Defendants AGC Flat Glass North America, Inc. and POMA Glass & Specialty Windows, Inc. ("Defendants"), by their attorneys, hereby requests leave to file their Motion to Enforce their Subpoena *Duces Tecum* issued to MD Holdings, LLC ("MD Holdings") under seal. In support of this motion, Defendants state as follows:

1. Defendants have issued a subpoena to MD Holdings in the above captioned underlying matter. MD Holdings has failed to comply with that subpoena and Defendants are prepared to move this Court to enforce the subpoena.

2. Much of the information in Defendants' motion to enforce has been designated by the U.S. District Court of the Eastern District of Tennessee as confidential, including information in the body of the motion as well as many of the exhibits to the motion.

3. Therefore, Defendants respectfully request the Court's permission to file their Motion to Enforce under seal. In *Littlejohn v. Bic Corp.*, 851 F.2d 673 (3d Cir. 1988), the Third

1

Circuit held that the right of access to judicial proceedings and records "is not absolute." *Id*. at 678 (citing *Nixon v. Warner Comm., Inc.*, 435 U.S. 589, 598 (1978)). Rather, "[c]ourts may deny access to judicial records, for example, where they are sources of business information that might harm a litigant's competitive standing. *Littlejohn*, 851 F.2d at 678 (quoting *Nixon*, 435 U.S. at 598); *see also Leucadia, Inc. v. Applied Extrusion Tech, Inc.*, 998 F.2d 157, 166 (3d Cir. 1993) ("Documents containing trade secrets or other confidential business information may be protected from disclosure."). Based on the fact that much of the information contained in Defendants motion and exhibits to their motion has been designated as confidential, the Court should allow Defendants to file their Motion to Enforce Their Subpoena under seal.

    4.    WHEREFORE, Defendants respectfully request leave to file their Motion to Enforce Their Subpoena *Duces Tecum* to MD Holdings, LLC under seal.

    **COOCH AND TAYLOR, P.A.**

    */s/ Christopher H. Lee*
    Christopher H. Lee (#5203)
    The Brandywine Building
    1000 West Street, 10th Floor
    Wilmington, DE 19801
    (302) 984-3800
    clee@coochtaylor.com
    *Attorneys for Defendants*

DATE: November 28, 2018

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLASSWALL, LLC, a Florida Corporation, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ACG FLAT GLASS NORTH AMERICA, ) <br> INC. d/b/a/ AGC GLASS COMPANY ) <br> NORTH AMERICA, a Foreign Corporation, ) <br> and POMA GLASS & SPECIALTY ) <br> WINDOWS, INC., a Foreign Corporation ) <br> registered to do business in Florida, ) <br> ) <br> Defendants. ) <br> ) <br> ) | M.A. No. <br><br> (Pending in the U.S. District Court for the Eastern District of Tennessee (Knoxville) – Case No. 3:17-CV-332-HSM-DCP) |

## **[PROPOSED] ORDER**

Upon application of Defendants AGC Flat Glass North America, Inc. and POMA Glass & Specialty Windows, Inc. ("Defendants"), and for good cause shown,

**IT IS HEREBY ORDERED** this _____ day of November, 2018, that Defendants may file their Motion to Enforce their Subpoena *Duces Tecum* to MD Holdings, LLC under seal.

_____
UNITED STATES DISTRICT JUDGE

1