IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLASSWALL, LLC, a Florida Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACG FLAT GLASS NORTH AMERICA, )<br>INC. d/b/a/ AGC GLASS COMPANY )<br>NORTH AMERICA, a Foreign Corporation, )<br>and POMA GLASS & SPECIALTY )<br>WINDOWS, INC., a Foreign Corporation )<br>registered to do business in Florida, )<br>)<br>Defendants. )<br>)<br>) | MISC. CASE # 18-333<br>U.S. DISTRICT COURT<br>M.A. No.   DISTRICT OF DELAWARE<br><br>(Pending in the U.S. District Court for the Eastern District of Tennessee (Knoxville) – Case No. 3:17-CV-332-HSM-DCP) |

**[PROPOSED] ORDER**

Upon application of Defendants AGC Flat Glass North America, Inc. and POMA Glass & Specialty Windows, Inc. ("Defendants"), and for good cause shown,

IT IS HEREBY ORDERED this 29th day of November, 2018, that Defendants may file their Motion to Enforce their Subpoena *Duces Tecum* to MD Holdings, LLC under seal.

_____
UNITED STATES DISTRICT JUDGE

→ It is hereby further ordered that Defendants shall file a redacted public version of their motion within seven days of today.

1