# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLASSWALL, LLC, a Florida Corporation, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ACG FLAT GLASS NORTH AMERICA, )<br>INC. d/b/a/ AGC GLASS COMPANY )<br>NORTH AMERICA, a Foreign Corporation, )<br>and POMA GLASS & SPECIALTY )<br>WINDOWS, INC., a Foreign Corporation )<br>registered to do business in Florida, )<br>)<br>Defendants. )<br>)<br>_____ ) | Misc. Case No: 18-333-MN<br><br>(Pending in the U.S. District Court for the Eastern District of Tennessee (Knoxville) – Case No. 3:17-CV-332-HSM-DCP) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2018, I served *Defendants' Motion for Leave to File Their Motion to Enforce Their Subpoena Duces Tecum Issued to MD Holding, LLC Under Seal* and *Defendants' Motion to Enforce Their Subpoena Duces Tecum Issued to MD Holding, LLC* via electronic mail upon the below listed counsel:

Michael W. McDermott, Esquire
Berger Harris
1105 N. Market Street, 11th Floor
Wilmington, DE 19801

**COOCH AND TAYLOR, P.A.**

*/s/ Christopher H. Lee*
Christopher H. Lee (#5203)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
(302) 984-3800
clee@coochtaylor.com
*Attorneys for Defendants*

DATED: December 7, 2018