IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLASSWALL, LLC, a Florida Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) M.A.No.<br>ACG FLAT GLASS NORTH AMERICA, )<br>INC. d/b/a/ AGC GLASS COMPANY ) (Pending in the U.S. District Court<br>NORTH AMERICA, a Foreign Corporation, ) for the Eastern District of Tennessee<br>and POMA GLASS & SPECIALTY ) (Knoxville)– Case No. 3:17-CV-332-<br>WINDOWS, INC., a Foreign Corporation ) HSM-DCP)<br>registered to do business in Florida, )<br>)<br>Defendants. )<br>)<br>_____ ) | |

**PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO ENFORCE THEIR SUBPOENA *DUCES TECUM* ISSUED TO** ▓▓▓▓▓▓▓▓

IT IS HEREBY ORDERED this _____ day of _____, 20___, that *Defendants' Motion to Enforce Their Subpoena Duces Tecum Issued to* ▓▓▓▓▓▓▓▓ is GRANTED and that ▓▓▓▓▓▓▓▓ shall produce a witness for deposition and the documents requested duces tecum within ten (10) days of the date of this Order.

_____
J.