# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLASSWALL, LLC, a Florida Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACG FLAT GLASS NORTH AMERICA, )<br>INC. d/b/a/ AGC GLASS COMPANY )<br>NORTH AMERICA, a Foreign Corporation, )<br>and POMA GLASS & SPECIALTY )<br>WINDOWS, INC., a Foreign Corporation )<br>registered to do business in Florida, )<br>)<br>Defendants. )<br>)<br>) | Misc. Case No: 1:18-cv-00333-MN<br><br>(Pending in the U.S. District Court<br>for the Eastern District of Tennessee<br>(Knoxville) – Case No. 3:17-CV-332-<br>HSM-DCP) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2018, I served *Defendants' Reply Brief in Support of their Motion to Enforce Their Subpoena Duces Tecum Issued to MD Holding, LLC* via electronic mail upon the below listed counsel:

>Michael W. McDermott, Esquire
>Berger Harris
>1105 N. Market Street, 11th Floor
>Wilmington, DE  19801

>**COOCH AND TAYLOR, P.A.**
>
>*/s/ Christopher H. Lee*
>Christopher H. Lee (#5203)
>The Brandywine Building
>1000 West Street, 10th Floor
>Wilmington, DE 19801
>(302) 984-3800
>clee@coochtaylor.com
>*Attorneys for Defendants*

DATED:  December 19, 2018