# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLASSWALL, LLC, a Florida Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACG FLAT GLASS NORTH AMERICA, ) <br> INC. d/b/a/ AGC GLASS COMPANY ) <br> NORTH AMERICA, a Foreign Corporation, ) <br> and POMA GLASS & SPECIALTY ) <br> WINDOWS, INC., a Foreign Corporation ) <br> registered to do business in Florida, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Misc. Case No: 1:18-cv-00333-MN <br><br> (Pending in the U.S. District Court for the Eastern District of Tennessee (Knoxville) – Case No. 3:17-CV-332-HSM-DCP) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2018, I served *Defendants' Reply Brief in Support of their Motion to Enforce Their Subpoena Duces Tecum Issued to MD Holding, LLC – Redacted Version* via electronic mail upon the below listed counsel:

Michael W. McDermott, Esquire
Berger Harris
1105 N. Market Street, 11th Floor
Wilmington, DE 19801

**COOCH AND TAYLOR, P.A.**

*/s/ Christopher H. Lee*
Christopher H. Lee (#5203)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
(302) 984-3800
clee@coochtaylor.com
*Attorneys for Defendants*

DATED: December 21, 2018